AUSBURN BIRDSALL, assignee, &c., vs. NATHAN TAYLOR, et al.

Where service of papers is made by mail, no part of the writing, composing any part of the papers served, must be written on the wrapper.

*Motion by the defendants to set aside the proceedings in this cause.*— The plaintiff showed that the papers for this motion were not duly served, according to the 101 rule of this court; because they were not enclosed in a wrapper; that the copy order staying proceedings, and the notice of motion are written upon the inside of the outside covering of the letter or package containing the affidavit.   So that upon the inside of said covering, appears the copy order and notice of motion, and upon the outside, the direction and post marks.

S. P. NASH, *Defts Counsel.*          H. BENNETT, *Defts Atty.*
P. CAGGER, *Plffs Counsel.*          A. BIRDSALL, *Plffs Atty.*

NELSON, Chief Justice.—The service does not appear to come within the rule.

*Decision.*—Motion denied with costs, without prejudice.